Spencer "Benny" Salcido (14490)
benny@salcidolaw.com
Jon Hogelin (14981)
jon@salcidolaw.com
SALCIDO LAW FIRM PLLC
43 W 9000 S Ste B
Sandy UT 84070
801.413.1753 Phone
801.618.1380 Fax

Attorneys for Defendant Kenneth Sio

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAMETRIA NEVELS,<br><br>        Plaintiff,<br><br>v.<br><br>ROLLIN COOK, KENNETH SIO, et. al.,<br><br>        Defendants. | ANSWER<br><br><br>Case No. 1:17-cv-00037 EJF |

<u>ANSWER</u>

Defendant Kenneth Sio ("Defendant") answers Plaintiff's complaint as follows:

1.      Responding to paragraphs 2, 6, 9, 16, 17, 18, 19, 25, 28, and 31, Defendant admits said allegations.

2.      Responding to paragraphs 3, 4, 14, 20, 21, 22, 23, 24, 26, 27, 29, 30, 35, 36, 37, 39, 40, 42, 43, 44, 45, 46, 48, 49, 51, 52, 53, 55, 56, 57, 58, 59, 61, 62, 64, 65, 66, 68, 69, 70, 73, 81, 82, and 87, Defendant denies said allegations.

3.      Responding to paragraphs 1, 5, 7, 8, 10, 11, 12, 13, 15, 32, 33, 34, 38, 41, 47, 50, 54, 60, 63, 67, 71, 72, 74, 75, 76, 77, 78, 79, 80, 83, 84, 85, 86, 88, and 89 Defendant lacks sufficient information to form an answer and therefore denies the same.

4.      All other paragraphs of the complaint not specifically admitted herein are denied.

## AFFIRMATIVE DEFENSES

Defendant sets forth the following affirmative defenses:

1.      The court lacks jurisdiction over the subject matter.

2.      The court lacks jurisdiction over the Defendant.

3.      This Court is not the proper venue for this action.

4.      The process in this matter was insufficient.

5.      The service of process in this matter was insufficient.

6.      Plaintiff's complaint fails to state a claim upon which relief may be granted.

7.      Plaintiff has failed to join an indispensable party.

8.      Plaintiff claims are barred to the extent that the doctrines of latches, waiver, estoppels, accord and satisfaction, and/ or unclean hands apply.

9.      Defendant reserves all other applicable affirmative defenses that are not yet known.

DATED this 14th day of April, 2017.

SALCIDO LAW FIRM PLLC


/s/ Jon Hogelin
Jon Hogelin
Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of April, 2017, I caused a true and correct copy of

the foregoing

ANSWER

to be served on the persons and in the manners stated below:

| | |
|---|---|
| Jonathan Hanks | ☐ U.S. Mail (first-class, postage prepaid) |
| Attorney for Plaintiff | ☐ Facsimile |
| Ascendus Law PC | ☒ Electronic Filing |
| 470 24th St. Suite 206 | ☐ Hand Delivery |
| Ogden, UT 84401 | ☐ Overnight Courier |

/s/ Jon Hogelin