IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAMETRIA NEVELS,<br><br>    Plaintiff,<br>v.<br><br>ROLLIN COOK, *et al.*,<br><br>    Defendants. | **ORDER DISMISSING COMPLAINT**<br><br>Case No. 1:17-cv-00037-JNP<br><br>District Judge Jill N. Parrish |

Fact discovery closed in this case closed on January 26, 2018. The dispositive motion deadline was May 25, 2018; no motions were filed. The court held a status conference on June 6, 2018 to set a trial date; neither party appeared. As such, the court, on June 12, 2018, ordered the plaintiff to show cause as to why her case should not be dismissed for failure to prosecute. The court instructed the plaintiff to respond in writing on or before June 19, 2018; the plaintiff failed to respond. Accordingly, it is hereby ORDERED that the plaintiff's complaint (ECF No. 2) is DISMISSED WITHOUT PREJUDICE. The clerk of the court is directed to close the case.

Signed June 25, 2018

                    BY THE COURT

                    _____
                    Jill N. Parrish
                    United States District Court Judge